IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01003-BNB

PAUL GRAHAM #91963,

    Plaintiff,

v.

J.R. (Cooperating Source),
JAMES GLENN RUTLEDGE, C/O Denver D.A.'s Office,
DENVER POLICE DEPT. METRO SWAT,
CHIEF DAN WHITMAN,
JOHN DOE,
JANE DOE 1-100,
DENVER DISTRICT ATTORNEY'S OFFICE,
2ND JUDICIAL DISTRICT,
MITCHELL MORRISSEY, D.A.,
D. A. RYAN YOUNGREN,
UNITED STATES DEPT. OF JUSTICE, Washington, D.C.,
U.S. ATTORNEY GENERAL,
ALBERTO GONZALEZ,
DISTRICT COURT, CITY AND COUNTY OF DENVER, CO, DIVISION 11,
HON. JUDGE MARTIN F. EGELHOFF,
HON. JUDGE MCGAHEY,
COUNTY COURT, CITY AND COUNTY OF DENVER, CO,, DIVISION 12T,
HON. JUDGE MARCUCCI,
COLORADO OFFICE OF ALTERNATIVE DEFENSE COUNSEL,
THE LAW OFFICE OF ALAURICE, TAFOYA, AND MODI,
JIM GOSE #78040,
DETECTIVE SHAUN SANDERS #95042,
DETECTIVE FRANK GASSMAN #80016,
DETECTIVE ABE GUITERIZ #75019,
DETECTIVE ROY ROYBAL #79007,
SGT. WISDOM #70144,
GERALD MARTINEZ #74049,
SGT. JOHNNY MARTINEZ #91032,
DETECTIVE ORLANDO ZAMORA #85014, and
all the above listed defendants in their individual and official capacities, and there are
    more defendants with names currently unknown that will be added at a later
    date,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Paul Graham, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. He has submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

In an order filed on June 16, 2008, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Graham to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $52.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The June 16 order warned Mr. Graham that if he failed by the designated deadline to have the $52.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Graham has failed within the time allowed to pay the $52.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of

$52.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01003-BNB

Paul Graham
Prisoner No. 91963
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/24/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk